UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00210-RJC

| | |
|---|---|
| ANGELA MOORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | **Order** |

**THIS MATTER** comes before the Court on Plaintiff's unopposed Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure (the "Motion"). (Doc. No. 11). Plaintiff seeks to voluntarily dismiss this action pursuant to Rule 41 because she determined that her "case is one in which she should pursue a new claim, to more fully develop the evidentiary proof of her admittedly severe impairments." (*Id.*). Having fully considered the record and applicable authority, including that Defendant does not oppose the Motion, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**.

The Clerk is directed to close this case.

Signed: March 28, 2022

Robert J. Conrad, Jr.
United States District Judge